# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:08cv25

| | |
|---|---|
| **BLUE RIDGE PUBLIC SAFETY, INC.;** ) <br> **SAPPHIRE VALLEY PUBLIC SAFETY,** ) <br> **INC.; d/b/a BLUE RIDGE PUBLIC** ) <br> **SAFETY; DAVID H. FINN, individually and** ) <br> president if Blue Ridge Public Safety, Inc., and ) <br> of Sapphire Valley Public Safety, Inc.,d/b/a ) <br> Blue Ridge Public Safety, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> Vs. ) **ORDER** <br> ) <br> **JAMES ASHE, individually and as Sheriff of** ) <br> the Jackson County Sheriff's Department; and ) <br> **JACKSON COUNTY SHERIFF'S OFFICE,** ) <br> ) <br> **Defendants.** ) <br> _____ ) | |

**THIS MATTER** is before the court on plaintiffs' Memorandum in Opposition to defendants' Motion for Summary Judgment. The text of plaintiffs' responsive memorandum is 44 pages, which well exceeds the 25 page limit provided in Local Civil Rule 7.1(D). In addition, plaintiffs have filed their 42 supporting exhibits as separate docket entries.

Counsel for plaintiffs is respectfully advised that such method of filing exhibits is inappropriate as it not only violates Local Civil Rule 7.1(C)(3) and the Administrative Order. Page 14, Part 4(a), it causes undue expense and waste of time in downloading for both the court and opposing counsel. Had such exhibits been attached to the memorandum or lumped into one or more docket entries, the

documents could have been downloaded and printed in one simple operation taking less than a minute. This court gave up after nearly an hour of printing.

It appearing that there is a fundamental misunderstanding of court rules, counsel for plaintiffs shall be required before making any further filings in this matter to do the following:

(1) read Local Civil Rule 7.1; and

(2) consult with a Deputy Clerk of this court who can advise them as to the proper method for filing memoranda and related exhibits.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiffs' Memorandum in Opposition to defendants' Motion for Summary Judgment is **STRICKEN** for non-compliance with Local Civil Rule 7.1(D), and Exhibits 16-57 are also **STRICKEN** for non-compliance with ECF filing requirements for exhibits.

Plaintiffs are allowed up to and inclusive of Wednesday, June 24, 2009, to refile their responsive brief and exhibits in a manner that fully complies with the rules of this court.

Signed: June 21, 2009

Dennis L. Howell
United States Magistrate Judge